IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex rel. DEBRA K. JAMES,<br><br>Plaintiff,<br><br>v.<br><br>MIDLANDS CHOICE, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 8:13CV69<br><br><br>AMENDED<br>REASSIGNMENT<br>ORDER |
| DEBRA K. JAMES,<br><br>Plaintiff,<br><br>v.<br><br>MIDLANDS CHOICE, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 8:13CV159<br><br><br>AMENDED<br>ORDER |

It has come to this Court's attention that the above cases are related as defined under NEGenR 1.4(a)(4)(C)(iii). Accordingly, Case No. 8:13CV69, *United States of America ex rel. Debra K. James v. Midland Choice, Inc.* is reassigned to District Judge Joseph F. Bataillon for disposition and to Magistrate Judge Thomas D. Thalken for judicial supervision and processing of all pretrial matters.

IT IS SO ORDERED.

DATED this 16th day of July, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge