IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEBRA K. JAMES,<br><br>                Plaintiff,<br><br>     vs.<br><br>MIDLANDS CHOICE, INC., a Nebraska corporation;<br><br>                Defendant. | **8:13CV69**<br><br>**ORDER** |

Pursuant to the joint stipulation of the parties, Filing No. 54, the court dismisses plaintiff's second and fourth claims in this case, with each party to pay its own costs.

Dated this 10th day of March, 2014.

                                                  BY THE COURT:

                                                  s/ Joseph F. Bataillon
                                                  United States District Judge