# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DEBRA K. JAMES** *ex rel.* **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **8:13CV69** |
| **vs.** | **ORDER** |
| **MIDLANDS CHOICE, INC.**, a Nebraska corporation, | |
| **Defendant.** | |

This matter is before the court on the parties' Stipulation of Costs and Fees (Filing No. 109). On September 24, 2014, the court granted the defendant's Motion to Compel Production of Documents and Request for Sanctions and awarded the defendant half of its attorneys' fees expended in filing the motion. **See** Filing No. 107 - Order. The court gave the parties until October 3, 2014, to reach an agreement and file a stipulation as to the fees and costs. *Id.* The parties represent they have agreed $1,428.00 is a reasonable amount for fees and costs to be awarded to the defendant. Accordingly,

**IT IS ORDERED**:

1. The parties' Stipulation of Costs and Fees (Filing No. 109) is adopted.
2. The plaintiff and her attorney, Terry A. White, shall have forty-five days from the date of this Order to pay the defendant the sum of $1,428.00, and file verification of payment with the court.

Dated this 3rd day of October, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge