IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA *ex rel.*
DEBRA K. JAMES,

Plaintiff,                                                          8:13CV69

v.

MIDLANDS CHOICE, INC.,

Defendant.


## ORDER

Upon consideration of the United States' Notice of Consent to Stipulation of Dismissal

filed pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), (Docket No. 145), and the

Parties' Stipulation of Dismissal (Docket No. 146),

IT IS ORDERED that the Complaint be dismissed with prejudice as to Relator and

without prejudice as to the United States.

IT IS SO ORDERED,

This 29th day of January, 2015.


                                                    s/Joseph F. Bataillon
                                                    JOSEPH F. BATAILLON
                                                    SENIOR UNITED STATES DISTRICT JUDGE